AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOHN P. VARNER | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00328 JAO-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| SUNRUN INSTALLATION SERVICES, INC. | March 6, 2019 |
| | At 3 o'clock and 03 min p.m. SUE BEITIA, CLERK |
| Defendant. | |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice, pursuant to the "Order Granting Defendant's Motion to Compel Arbitration and Dismiss the Complaint", filed March 6, 2019, ECF No. 18.

| | |
|---|---|
| March 6, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |